# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

ANTHONY L. MONTONE and
NICOLE H. MONTONE,
        Plaintiff(s),

v.                      JUDGMENT IN A CIVIL CASE

INTERNAL REVENUE SERVICE, MR. D. L.
PARIZEK, MS. DEBORAH J. PRUTZMAN,
N.Y.S. DEPT. OF TAXATION AND
FINANCE, N.Y.S. ASSESSMENT
RECEIVABLES, and SEAN O'CONNOR,
        Defendant(s).

CASE NUMBER:  04-MC-6005 T

☐ JURY VERDICT. THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

☒ DECISION BY COURT. THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

IT IS ORDERED AND ADJUDGED THAT THIS ACTION IS DISMISSED.

APRIL 23, 2004
DATE

RODNEY C. EARLY
CLERK

*Jacqueline Lawrence*
JACQUELINE LAWRENCE
(BY) DEPUTY CLERK

#3